# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 10-cv-01455-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: July 7, 2010 | Courtroom Deputy: Linda Kahoe |

REBECCA S. MOORE,  *Pro se*

    Plaintiff,

    v.

ONE WEST/INDY MAC BANK,  *No appearance*

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** MOTIONS HEARING
**Court in session:** 1:32 p.m.
Court calls case. Plaintiff appears *Pro se*. No appearance for Defendant.

Plaintiff states there is confusion over who the mortgage lender is. Plaintiff states that Defendant refused to accept service.

Discussion regarding Petition for Restraining Order, doc #[2], filed 6/21/2010 and Petition for Temporary Injunction, doc #[3], filed 6/21/2010.

The court refers to Rule 65.

The court cites relevant case law.

The court states it does not have the power to stop the sale of the property. The court suggests that Plaintiff file a motion in the Bankruptcy Court.

The motions are taken under advisement.

HEARING CONCLUDED.

**Court in recess**: 1:56 p.m.
Total time in court: 00:24

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.