# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 10-cv-01455-REB-CBS

REBECCA S. MOORE,

    Plaintiff,

v.

ONE WEST/INDY MAC BANK,

    Defendant.

# ORDER ADOPTING RECOMMENDATION OF THE
# UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#9], filed July 12, 2010. No objections having been filed to the recommendation, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended disposition,[2] I find and conclude that the recommendation should be approved and adopted.

---

[1] This standard pertains even though plaintiff is proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

[2] In addition to the reasons stated by the magistrate judge justifying denial of plaintiff's motions for preliminary injunctive relief, I note that the real property that is the subject of those motions has now been sold. (***See*** El Paso County Public Trustee, El Paso Foreclosure Property Search, Foreclosure Number EPC200901721(available at http://www.elpasopublictrustee.com/index.aspx) (last accessed August 24, 2010)). The motions therefore additionally are moot.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#9], filed July 12, 2010, is **APPROVED AND ADOPTED** as an order of this court;

2. That plaintiff's **Petition for Restraining Order** [#2], filed June 21, 2010, is **DENIED**; and

3. That plaintiff's **Petitioner [sic] for Temporary Injunction** [#3], filed June 21, 2010, is **DENIED**.

Dated August 26, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge