IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-01455-REB-CBS

REBECCA S. MOORE,

    Plaintiff,

v.

ONE WEST/INDY MAC BANK,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the plaintiff's **Notice of Dismissal** [#19] filed November 8, 2010. After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the plaintiff's **Notice of Dismissal** [#19] filed November 8, 2010, is **APPROVED**; and

    2. That this action is **DISMISSED**.

    Dated November 8, 2010, at Denver, Colorado.

                                   **BY THE COURT:**

                                   */s/ Robert E. Blackburn*
                                   Robert E. Blackburn
                                   United States District Judge